**Motion Denied and Order filed August 11, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00734-CV
_____

**GREGORY GREEN, Appellant**

**V.**

**HOUSTON FIREFIGHTERS' RELIEF AND RETIREMENT FUND, Appellee**

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2017-46605**

---

## ORDER

Appellant's August 4, 2020 motion to strike appellee's May 12, 2020 surreply brief is DENIED. Appellant may file a response to the surreply within 14 days of this order. No further briefing will be permitted.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.